**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**     0:26-cv-60839-WPD

PAM ARLEEN WARSHAW,

      Plaintiff,

v.

UNLIMITED HEALTH CARE SERVICES,
INC. *et al.*,

      Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:         Defendant:     Unlimited Health Care Services, Inc.
          Registered Agent:  Sherry L. Hannaka
                       6245 N Federal Highway 200
                       Ft Lauderdale, Florida 33308

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Dillon S. Cuthbertson, Esq.
      Koz Law, P.A.
      800 East Cypress Creek Road, Suite 421
      Fort Lauderdale, Florida 33334

      Tel:   (786) 924-9929
      Fax:   (786) 358-6071
      Email: dc@kozlawfirm.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 23, 2026



**SUMMONS**

*s/ S.Carlson*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**   0:26-cv-60839-WPD

PAM ARLEEN WARSHAW,

      Plaintiff,

v.

UNLIMITED HEALTH CARE SERVICES,
INC. *et al.*,

      Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:      Defendant:      Sherry L. Hannaka
                         3200 Port Royale Dr N #812
                         Fort Lauderdale, Florida 33308

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Dillon S. Cuthbertson, Esq.           Tel:  (786) 924-9929
      Koz Law, P.A.                       Fax:  (786) 358-6071
      800 East Cypress Creek Road, Suite 421    Email: dc@kozlawfirm.com
      Fort Lauderdale, Florida 33334

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   __Mar 23, 2026_____



**SUMMONS**

*s/ S.Carlson*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court